

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-12-00476-CV

| | | |
|---|---|---|
| Mark B. Harrison | § | From the 342nd District Court |
| | § | of Tarrant County (342-237705-09) |
| v. | § | January 30, 2014 |
| | § | Opinion by Justice Meier |
| BNSF Railway Company | § | Concurrence and Dissent by |
| | § | Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellant Mark B. Harrison shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By /s/ Bill Meier_____
     Justice Bill Meier